ROGERS JOSEPH O'DONNELL
Dean D. Paik (California State Bar No. 126920)
311 California Street
San Francisco, California 94104
Email:  dpaik@rjo.com
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Claimant
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $572,530.46 IN FUNDS SEIZED FROM BANCO POPULAR NORTH AMERICA ACCOUNT #6808852229,<br><br>            Defendant.<br><br>WILLIAMS SONOMA, INC.,<br><br>            Claimant. | NO. 14-CV-4435 VC<br><br>STIPULATION AND ORDER TO EXTEND CLAIMANT'S TIME FOR FILING AN ANSWER TO THE COMPLAINT |

1  The parties agree, subject to the Court's approval, to extend the time for claimant to file an answer to the Complaint for Forfeiture by 30 days, to and including February 5, 2015. Unless time is extended, claimant's answer is due to be filed on January 5, 2015 which is 21 days after claimant filed its timely, verified claim. Supp. R. for Admir. or Maritime Claims and Asset Forf. Actions G(5)(b). The reason additional time is required is because of the press of other business and the fact that the offices of Rogers Joseph O'Donnell are closed during a substantial period between December 17, 2014 and January 5, 2015. No prior extensions have been sought or obtained.

IT IS SO STIPULATED:

Dated: December 17, 2014

MELINDA HAAG
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney


Dated: December 17, 2014

ROGERS JOSEPH O'DONNELL

/s/ Dean D. Paik
DEAN D. PAIK
Attorneys for Claimant
Williams-Sonoma, Inc.


IT IS SO ORDERED ON THIS  18th  DAY OF DECEMBER, 2014.

_____
HONORABLE VINCE CHHABRIA
United States District Judge

STIP & ORDER
NO. 14-CV-14-4435 VC                            1